IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

DAVID ELLIS,

        Appellant,

                                  Case No. 5D22-2116

v.                                   LT Case No. 2020-304128-CFDB

STATE OF FLORIDA,

        Appellee.
_____/

Decision filed May 23, 2023

Appeal from the Circuit Court
for Volusia County,
Raul A. Zambrano, Judge.

Jonathan Edwin Mills, Orlando, for
Appellant.

David Ellis, Graceville, pro se.

Ashley Moody, Attorney General,
Tallahassee, and Daniel P. Caldwell,
Assistant Attorney General, Daytona
Beach, for Appellee.

PER CURIAM.

     AFFIRMED.

LAMBERT, C.J., JAY and EISNAUGLE, JJ., concur.